CRAFT LAW OFFICES, LPA
7425 ROYALTON ROAD
NORTH ROYALTON, OHIO 44133-4743
(440) 237-1900 PHONE
(440) 230-1699 FAX

FILED

JUN 21 2011

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

June 16, 2011

Honorable Magistrate Judge John S. Kaull
500 West Pike Street
P.O. Box 2857
Clarksburg, WV 26302

    Re:   *Hill v Haynes, et al.*
           U.S. District Court, Northern District of West Virginia
           Case No.: 3:06-cv-00136-JPB-JSK

Dear Magistrate Judge Kaull:

    Please allow this office to introduce itself to your Honorable Court and respectfully request that this Court take into consideration the following request by Plaintiff Hill in the above-referenced matter. This office has been contacted by Mr. Hill with respect to representation in the above-referenced matter. Plaintiff Hill is currently located in a Youngstown, Ohio correctional facility with respect to this matter pending before this Court.

    Due to Mr. Hill's confinement in an Ohio facility, Mr. Hill desires to be represented by an attorney who is located close enough to the facility so that there is consistent contact between himself and counsel.

    This office is obviously interested in representing Mr. Hill and desires to do so in a pro bono status. Information about myself, Arlene Sokolowski-Craft includes: continual experience in the federal judiciary system with cases addressing Civil Rights issues, previous clerking experience with Judge John Manos of the Northern District of Ohio, and a strong interest and understanding of civil rights law with respect to law enforcement/correctional facility fields.

    Although interested in representing Mr. Hill, there is concern due to the fact that I am not licensed to practice within the state of West Virginia and have reviewed your local rules with respect to out-of-state counsel. Due to Mr. Hill's current status as a prisoner, he cannot afford counsel and although he is grateful to the court for appointing West Virginia counsel on this matter, this office is prepared to represent Mr. Hill in a pro bono fashion throughout his entire case. Not only would this provide counsel for Mr. Hill's benefit, but I believe that it would also assist in continuing this process effectively and provide for communication between Plaintiff and Defendants' counsel throughout this matter.

We respectfully seek permission from this Court to allow my office to represent Plaintiff Hill in the above-referenced matter. This office is prepared to wholly familiarize itself with you Honor's local rules of practice and would be honored to practice before your Honor on this matter.

Thank you for your attention to this matter.

Very truly yours,

Arlene Sokolowski-Craft