**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF WEST VIRGINIA

JOHN S. KAULL
United States Magistrate Judge

500 West Pike Street
P.O. Box 2857
Clarksburg, WV 26302-2857

(304) 622-1516
Fax 624-5866
MJ_Kaull@wvnd.uscourts.gov

June 23, 2011

**FILED**

JUN 24 2011

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Arlene Sokolowski-Craft, Esquire
Craft Law Offices, LPA
7425 Royalton Road
North Royalton Ohio 44133-4743

    Re:    Hill v. Haynes, et al., 3:06cv136

Dear Ms. Sokolowski-Craft:

    I am in receipt of your letter dated June 1, 2011, in which you offer your legal services to the plaintiff in the above-mentioned case, Demetrius Hill, on a *pro bono* basis.

    Please be advised that this case was first filed in this Court on December 15, 2006. After several reviews, and an appeal, it is now before the Court on a very limited basis -- to determine whether Bureau of Prisons staff frustrated Mr. Hill's attempts to exhaust administrative remedies. An evidentiary hearing has been scheduled for July 27, 2011, and Mr. Hill has been appointed local counsel. Mr. Hill's appointed counsel has brokered a cooperation agreement with the United States Attorney's Office for discovery and is currently in the process of completing that process. To allow the substitution of counsel at this point would only serve to delay this case more, particularly in light of the fact that you are not licensed in the State of West Virginia, nor admitted to practice before this Court. Therefore, while the Court appreciates your generous offer, it is not inclined to substitute counsel at this time. Should Mr. Hill's case proceed past the limited issue of the evidentiary hearing, the Court would be willing to take the matter under further advisement.

    Very truly yours,

/s *John S. Kaull*
John S. Kaull
U.S. Magistrate Judge

JSK/la