FILED
JUL 11 2011
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DEMETRIUS HILL,

    Plaintiff,

v.                                                 Civil Action No. 3:06CV136

WARDEN HAYNES, A.W. GILL,
WARDEN DRIVER, CAPT. ODDO,
LT. CLEMENS, LT. GIFFORD, LT.
TRAIT, C.O. SPOTLAN, FOSTER,
C.O. MORGAN, COUNSELOR
MORRERO AND ETRIS,

    Defendants.

## ORDER GRANTING JOINT MOTION TO
## CONTINUE JULY 27TH EVIDENTIARY HEARING

For the reasons set forth in the joint Motion to Continue [Doc. __], the motion is **GRANTED**, and the evidentiary hearing currently scheduled for July 27, 2011, at 1:30 is continued to _August 24, 2011 @ 10:00 AM AT CLARKSBURG WV POINT of Court_

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to counsel of record via electronic means.

DATED: _July 11, 2011_

                                                JOHN S. KAULL
                                                UNITED STATES MAGISTRATE JUDGE